■ NICHOLAS KORDINAS, an Infant, by His Father and Natural Guardian, HARALAMBOS KORDINAS, Deceased, et al., Respondents, v THOMAS E. McCORMICK, Appellant.—In a negligence action to recover damages for personal injuries, etc., defendant appeals from a judgment of the Supreme Court, Queens County, entered November 26, 1975, which is in favor of plaintiffs, upon a jury verdict. Judgment, insofar as it is in favor of the infant plaintiff, affirmed, with costs. Judgment insofar as it is in favor of plaintiff Haralambos Kordinas, individually, reversed, on the law, and, as between the said plaintiff and the defendant, action severed and new trial granted with respect to the issue of damages only, with costs to abide the event, unless within 20 days after entry of the order to be made hereon, the said plaintiff shall serve and file in the office of the clerk of the trial court a written stipulation consenting to reduce the verdict in his favor from $7,000 to $4,500, and to the entry of an amended judgment accordingly, in which event, the judgment in his favor, as so reduced and amended, is affirmed, with costs. The facts as to liability were conceded prior to the trial. The verdict in favor of the plaintiff father was excessive to the extent indicated herein. Martuscello, Acting P. J., Latham, Margett, Damiani and Titone, JJ., concur.

■ JESSE I. KRAUSS et al., Respondents, v ISAAC PUTTERMAN et al., Appellants.—In an action *inter alia* for an accounting, defendants appeal from an order of the Supreme Court, Kings County, dated September 2, 1976, which denied their motion to strike the case from the Equity Calendar and to compel acceptance of a jury demand. Order affirmed, with $50 costs and disbursements (see *Compact Electra Corp. v Connell,* 46 AD2d 649). Cohalan, Acting P. J., Rabin, Shapiro and O'Connor, JJ., concur.